IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOHN DICKEY SMITH**                                                               **PLAINTIFF**

v.                                        CIVIL ACTION NO.  1:15-cv-173-JCG

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security**                           **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order issued this date and incorporated herein,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of Defendant, and this Civil Action is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 27th day of September, 2016.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE